UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEONARD MCCLAIN,

                Plaintiff,

       -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 8806 (PGG) (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 3, 2019, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 4, 2019

                                          RUBY J. KRAJICK
                                             Clerk of Court
                             BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/4/2019